## Madge Teague, Plaintiff-Appellant, v. Ted Hazelwood, Defendant-Appellee.

**Term No. 52–O–17.**

R. W. Harris, and David A. Warford, for appellant; August L. Fowler, for appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

## Robert W. Hall, Plaintiff-Appellee, v. Mrs. James Flavin, Defendant-Appellant.

**Term No. 52–O–23.**

James L. Reed, and Robert B. Maucker, for appellant; Irving M. Wiseman, and George M. Berry, for appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.